UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JACQUELINE CRUZ,

          Plaintiff,

-against-

SHELLY SKERRITT and "JOHN DOE,"

          Defendants.

**Stipulation of Discontinuance**

05 Civ. 1245 (ILG) (RLM)

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties that the above-entitled action, having been settled, is discontinued with prejudice, and without costs to any party.

Dated: June 6, 2005

_____
Mark J. Linder
Harmon, Linder & Rogowsky
Attorneys for the Plaintiff
42 Broadway – Suite 1227
New York, NY 10007
(212) 732-3665

_____
Michael N. Cotignola
(MC 3525)
Attorney for Defendants
106 Greenwich St.
New York, NY 10006
(212) 732-6607

SO ORDERED:

_____
I. Leo Glasser
United States District Judge

7/5/05